# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TRAVIS REMAUL DEAN, #32082 ) ) | |
| Plaintiff, ) ) | 3:12-cv-00658-LRH-WGC |
| vs. ) ) | **ORDER** |
| JACK PALMER, ) ) | |
| Defendant. ) | |

On December 17, 2012, the court received an application to proceed *in forma pauperis* as well as some "exhibits," which appear to pertain to a civil rights action that plaintiff filed in state court (ECF #1). Such documents are insufficient to initiate an action in this court. A civil rights complaint (or a petition for a writ of habeas corpus) must be on the court-approved form and must be accompanied by either the full filing fee or a fully completed application to proceed *in forma pauperis*. LSR 2-1("[a] civil rights complaint filed by a person who is not represented by counsel shall be on the form provided by this court.").

Accordingly, plaintiff's action is dismissed without prejudice. If plaintiff wishes to pursue this matter, he should file a new action on this court's civil rights complaint form, with a new case number, along with either the $350 filing fee or a completed application to proceed *in forma pauperis* on the court-approved form. The application must be accompanied by all required financial documentation, as described in the instructions for use of the form.

**IT IS THEREFORE ORDERED** that this action is **DISMISSED** without prejudice.

**IT IS FURTHER ORDERED** that the Clerk **SHALL SEND** plaintiff the approved forms for

filing a civil rights lawsuits under 42 U.S.C. §1983 and an Application to Proceed *In Forma Pauperis* by a prisoner, as well as the document "Information and Instructions for Filing a Motion to Proceed *In Forma Pauperis*."

**IT IS FURTHER ORDERED** that the Clerk shall enter judgment accordingly and close this case.

DATED this 28th day of January, 2013.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE