1
2
3
4
5
6
7
8
9
10
11
12
13
14

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

TRAVIS REMAUL DEAN,

  *Plaintiff*,

vs.

JACK PALMER*, et al.*,

  *Defendants.*

3:12-cv-00658-LRH-WGC

ORDER

15   This prisoner civil rights action comes before the Court for screening of plaintiff's amended

16 complaints (## 21 & 23) as well as on plaintiff's motion (#25) for service by the Marshal.

17   Plaintiff has presented two amended complaints proceeding against different defendants based

18 upon occurrences on different dates.  Plaintiff may not amend the complaint in piecemeal fashion

19 adding allegations against additional defendants in multiple different pleadings.  Under Local Rule LR

20 15-1, every time that he seeks to amend the complaint, he must file a single, stand-alone pleading that

21 presents all of his allegations and claims against all defendants.  He may not incorporate prior pleadings

22 by reference, and any claims, allegations and defendants that are left out of a later pleading no longer

23 will be before the Court.

24   The Court will provide plaintiff an opportunity to file a single amended complaint presenting

25 all of his claims in one pleading.

26   The motion for service by the Marshal will be denied without prejudice.  Service on the

27 defendants does not proceed until after screening is completed, following upon plaintiff's filing of an

28 amended complaint presenting all of his claims in one pleading.

1    IT THEREFORE IS ORDERED that plaintiff shall have **thirty (30) days** from entry of this

2  order to file an amended complaint correcting the deficiencies identified in this order, to the extent

3  possible.  If an amended complaint is not timely filed or if the amended pleading does not correct the

4  deficiencies identified in this order, the action will proceed to screening based only on the claims and

5  allegations presented in the last amended complaint on file at that time.

6    IT IS FURTHER ORDERED that, on any such amended complaint filed, plaintiff shall clearly

7  title the amended complaint as an amended complaint by placing the word "AMENDED" immediately

8  above "Civil Rights Complaint" on page 1 in the caption and shall place the docket number,

9  3:12-cv-00658-LRH-WGC, above the word "AMENDED" in the space for "Case No."  Under Local

10  Rule LR 15-1, any amended complaint filed must be complete in itself without reference to prior filings.

11  Thus, any allegations, parties, or requests for relief from prior papers that are not carried forward in the

12  amended complaint no longer will be before the Court.

13    IT FURTHER IS ORDERED that plaintiff's motion (#25) for service by the Marshal is

14  DENIED without prejudice.

15    DATED this 28th day of January, 2014.

16

17

18    _____

19    LARRY R. HICKS
      UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28