# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TRAVIS REMAUL DEAN, #32082,<br><br>    *Plaintiff*,<br><br>vs.<br><br>JACK PALMER*, et al.*,<br><br>    *Defendants*. | 3:12-cv-00658-LRH-WGC<br><br><br>ORDER |

      Plaintiff has not filed an amended complaint within the time allowed. The prior order dismissed the complaint, as amended, without prejudice with leave to amend. The order informed plaintiff that if he did not timely file an amended complaint, final judgment would be entered without further advance notice dismissing the action.

      IT THEREFORE IS ORDERED that the application (#17) to proceed *in forma pauperis* is GRANTED, subject to the remaining provisions herein. Plaintiff shall not be required to pay an initial partial filing fee. However, even if this action is dismissed, the full filing fee still must be paid pursuant to 28 U.S.C. § 1915(b)(2).

      IT FURTHER IS ORDERED that plaintiff is permitted to maintain this action to a conclusion without the necessity of prepayment of any additional fees or costs or the giving of security therefor. This order granting *in forma pauperis* status shall not extend to the issuance of subpoenas at government expense.

      IT FURTHER IS ORDERED that, pursuant to 28 U.S.C. § 1915(b)(2), the Nevada Department of Corrections shall pay to the Clerk of the United States District Court, District of Nevada, 20% of the

preceding month's deposits to plaintiff's account (in the months that the account exceeds $10.00) until the full filing fee has been paid for this action. The Clerk shall **SEND** a copy of this order to the Finance Division of the Clerk's Office. The Clerk shall also **SEND** a copy of this order to the attention of the **Chief of Inmate Services for the Nevada Department of Corrections, P.O. Box 7011, Carson City, NV 89702.**

IT FURTHER IS ORDERED that this action shall be DISMISSED without prejudice for failure to state a claim upon which relief may be granted.

The Clerk of Court shall enter final judgment accordingly, dismissing this action without prejudice.

DATED this 4th day of August, 2014.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE